IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELISE R. CLINE-PENNELL,

      Plaintiffs,                    No. CIV S-10-2447 JAM DAD PS

   vs.

KAISER PERMANENTE,

      Defendant.                FINDINGS AND RECOMMENDATIONS

_____/

      By order signed May 11, 2011, plaintiff's pro se complaint was dismissed with leave to file an amended complaint that cures the defects noted in that order. Plaintiff was granted thirty days from the date of the order to file an amended complaint and was cautioned that failure to respond to the court's order in a timely manner may result in a recommendation that this action be dismissed. The thirty-day period has expired, and plaintiff has not responded to the court's order in any manner.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file

1 written objections with the court.  A document containing objections should be titled "Objections
2 to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
3 objections within the specified time may waive the right to appeal the District Court's order.  See
4 <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5 DATED: June 22, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\cline-pennell2447.fta